UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 17-00520 JLS (JDE)                                      Date:  June 6, 2017
Title:  HBE Corporation v. Cummins Cal Pacific, LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

   Terry Guerrero                                                                              N/A
    Deputy Clerk                                                                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                                                                  Not Present

**PROCEEDINGS:   (IN CHAMBERS)    ORDER TO SHOW CAUSE ("OSC")
                 ORDER CONTINUING SCHEDULING CONFERENCE**

     On April 17, 2017, the Court set a scheduling conference for June 9, 2017, and ordered counsel to file their Joint 26(f) Report in advance of the scheduling conference.  (*See* Doc. 11.)  In the Order Setting Scheduling Conference, the Court expressly cautioned counsel that **"[a] proposed Scheduling Order without a fully completed Exhibit A will be rejected by the Court and may subject the parties to sanctions."**  (*Id.* at 2, emphasis in the original.)  The Order attached a blank Exhibit A.  (*Id.* at 7.)  The Joint Rule 26(f) Report filed by the parties did not include a completed Exhibit A.  (Doc. 15.)

     Accordingly, no later than June 16, 2017, counsel shall file an Amended Joint Rule 26(f) Report with a fully completed Exhibit A.  Failure to do so may result in the imposition of monetary sanctions pursuant to the Court's inherent power and/or other sanctions authorized by the Federal Rules of Civil Procedure.  *See* Fed. R. Civ. P. 16(f), 37(b)(2)(A)(i)-(vii) & 37(b)(2)(C).

     The Court CONTINUES the Scheduling Conference to July 14, 2017, at 1:30 p.m.

   **IT IS SO ORDERED.**

                                                 Initials of Preparer:  __tg____